UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA LOGAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TIGE BOATS, INC., and DOE 1 through DOE 10 inclusive,<br><br>　　　　　　Defendants, | Case No. 2:11-cv-01235-MCE-EFB<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed: March 2, 2011<br><br>ORDER GRANTING RELIEF FROM THE COURT'S SCHEDULING ORDER |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The Court's September 7, 2011 Scheduling Order is amended as follows:

　　a. The discovery cut cutoff deadline shall be extended from August 17, 2012 to October 1, 2012.

　　b. All other dates in the Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated: July 13, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE