UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA LOGAN, | ) Case No. 2:11-cv-01235-MCE-EFB |
| Plaintiff, | ) Judge: Hon. Morrison C. England, Jr. |
| vs. | ) Complaint Filed: March 2, 2011 |
| TIGE BOATS, INC., and DOE 1 through DOE 10 inclusive, | ) ORDER GRANTING RELIEF FROM THE COURT'S SCHEDULING ORDER |
| Defendants, | ) |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The Court's September 7, 2011 Scheduling Order is amended as follows:

   a. The discovery cut cutoff deadline shall be extended from August 17, 2012 to October 1, 2012.

   b. All other dates in the Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated: July 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE