THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Erika N. Kavicky, State Bar No. 225052
erikakavicky@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiff ANDREA LOGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA LOGAN, | Case No. 2:11-CV-01235-MCE-EFB |
| Plaintiff, | [Action Commenced: May 6, 2011] |
| vs. | ORDER DISMISSING THE ACTION |
| TIGE BOATS, INC., and DOE 1 through DOE 10 inclusive, | Hon. Morrison C. England, Jr. |
| Defendants, | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Dated: December 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE